254322

# UNITED STATES DISTRICT COURT

District of Minnesota

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01 CV-2073 RHK/JMM

**Affidavit of Movant**

I, David A. Orenstein, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice William P. Te Winkle, an attorney admitted to practice in the Eastern District of Wisconsin, but not admitted to the bar of this court, who will be counsel for the( )plaintiff (XX)defendant Dutchland Plastic in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case(s) listed below, and that I accept service of ~~all~~ papers served.

[signature] 12/11/01

Signature Date

Minnesota Attorney License Number: 121447

Law Firm Name & Address: Parsinen Kaplan Rosberg & Gotlieb P.A.
100 South Fifth Street, Suite 1100
Minneapolis, MN 55402

Telephone: (612) 342-0311 Fax: (612) 333-6798

**Affidavit of Proposed Admittee**

I, William P. Te Winkle, am currently a member in good standing of the U.S. District Court for the Eastern District of Wisconsin, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

William P. Te Winkle [signature] 12/28/01

Type/Print Name Signature Date

Attorney License Number: 01013259

Law Firm Name & Address: Rohde/Dales LLP
Firstar Plaza, 7th Floor
603 North 8th Street,
Sheboygan, WI 53081

Telephone: (920) 458-5501 Fax: (920) 458-5874

Case Number: 01-CV-2073 Judge Assigned: RHK/JMM

Case Title: Four D, Incorporated v. Dutchland Plastics Corporation

Motion Granted: [signature] /llj JAN 08 2002

For the Court, Francis E. Dosal, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JAN 08 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK