**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Four D Incorporated,

Plaintiffs,

Civil No. 01-2073 (RHK/JMM)

vs.

**ORDER**

Dutchland Plastics Corporation,

Defendants.

---

In view of the submissions to this Court, **IT IS ORDERED**:

1. Defendant's Motion to Dismiss Count IV of the Complaint is **DENIED** as moot;

2. Defendant's Motion to Dismiss Count V of the Complaint is **CONTINUED UNDER ADVISEMENT** and Plaintiff is directed to forthwith serve and file its proposed Motion to Amend Count V. The parties are directed to agree upon an abbreviated briefing schedule for said Motion, so as to have the briefing completed by March 15, 2002. This Motion will be deemed submitted to the court without oral argument as of March 15, 2002; and

3. The February 26, 2002 hearing before the undersigned is **CANCELED**.

Dated: February 20, 2002

RICHARD H. KYLE
United States District Judge

FEB 20 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK