UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FOUR D INCORPORATED, CIVIL NO. 01-2073 (RHK/JMM)

Plaintiff,

v. ORDER

DUTCHLAND PLASTICS
CORPORATION,

Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated January 31, 2002. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED as follows:

1. Plaintiff's Motion for Replevin [Docket No. 4] is granted.

2. The Sheriff of Sheboygan County, Wisconsin is directed to seize the following property located at Dutchland Plastics Corporation, 1026 DeMaster Road, Oostberg, Wisconsin 53070:

a. Two molds used to produce the Shop-Along Infant Carriers;

b. Six two-piece molds used to produce the Shop-Along Child Carriers;

FILED FEB 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

c. One three-piece mold used to produce the seat for the Shop-Along Child Carriers;

d. One mold used to produce the bench seat for the Shop-Along II Child Carrier;

e. Three molds used to produce the divided seats for the Shop-Along II Child Carrier;

f. Seven molds used to produce the Small Comforts Diaper Change System;

g. One mold used to produce the Small Comforts Diaper Waste Receptacle for 1010 cabinets;

h. One mold used to produce the Small Comforts Baby Wait Station; and

i. Nine molds used to produce the Fast-Up Fitting Rooms.

3. Four D, Incorporated is authorized to sell or otherwise dispose of the property described in Paragraph 2 of this Order.

4. This order is contingent upon Four D, Incorporated's filing of a bond in the amount of $146,130 conditioned for the return of the property described in Paragraph 2, if a return be adjudged, and for the payment to Dutchland Plastic Corporation of any sum adjudged against Four D, Incorporated.

Dated: 2/25/02

RICHARD H. KYLE
United States District Court Judge