**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

FOUR D INCORPORATED
Plaintiff,

vs.

DUTCHLAND PLASTICS CORPORATION,
Defendant.

CV 01-2073 RHK/JMM

**ORDER FOR REASSIGNMENT OF RELATED CASES**

---

DUTCHLAND PLASTICS CORPORATION,
Plaintiff,

vs.

FOUR D INCORPORATED,
Defendant.

CV 02-692 DSD/JMM

---

Case No. 01-2073 having been assigned to Judge RICHARD H. KYLE and Case No. 02-692 having later been assigned to Judge DAVID S. DOTY, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 02-692 be assigned to Judge RICHARD H. KYLE, nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated November 9, 2000.

**IT IS FINALLY ORDERED** that a copy of this order shall be placed in each of the above respective files.

Dated: May 2, 2002

RICHARD H. KYLE, Judge
United States District Court

Dated: May 6, 2002

DAVID S. DOTY, Judge
United States District Court

FILED MAY 06 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK