UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FOUR D INCORPORATED, CIVIL NO. 01-2073 (RHK/AJB)

Plaintiff,

v.

DUTCHLAND PLASTICS CORPORATION,

Defendant.

---

DUTCHLAND PLASTICS CORPORATION, CIVIL NO. 02-692 (RHK/AJB)

Plaintiff,

v.

FOUR D INCORPORATED,

Defendant.

## ORDER FOR CONSOLIDATION

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Pursuant to the provisions of Rule 42(a), the matters of Civil File No. 01-2073 (RHK/AJB) and Civil File No. 02-692 (RHK/AJB) are consolidated for all purposes. The Clerk may close Civil File No. 02-692 (RHK/AJB), and merge the contents thereof with Civil File No. 01-2073 (RHK/AJB).

2. All pleadings hereafter filed in these consolidated matters shall bear the caption:

JUN 17 2002
FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

FOUR D INCORPORATED, CIVIL NO. 01-2073 (RHK/AJB)

Plaintiff,

v.

DUTCHLAND PLASTICS CORPORATION,

Defendant.

Dated: June 17, 2002

ARTHUR J. BOYLAN
United States Magistrate Judge