UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Four D, Incorporated,

Plaintiff,

v.

Dutchland Plastics Corporation,

Defendant.

---

Case No. 01-CV-2073 RHK/AJB

STIPULATION AND ORDER TO AMEND PRETRIAL SCHEDULING ORDER

WHEREAS, Four D, Incorporated ("Four D") commenced Case No. 01-CV-2073 against Dutchland Plastics Corporation ("Dutchland") on November 13, 2001 in this court; and

WHEREAS, Dutchland subsequently commenced an action against Four D on December 26, 2001 in the Sheboygan County (Wisconsin) Circuit Court (the "Wisconsin action"), and

WHEREAS, Four D removed the Wisconsin action to the United States District Court for the Eastern District of Wisconsin on January 14, 2002; and

WHEREAS, the Wisconsin action has now been consolidated with and redesignated as Case No. 01-CV-2073 RHK/AJB; and

WHEREAS, Dutchland has indicated that Four D's response to Dutchland's claims in the Wisconsin action will require the joinder of an additional party, Lakeside Plastics; and

WHEREAS, Four D's experts require an extension of time in which to prepare and finalize their reports;

WHEREAS, the parties do not do not propose any changes in the Pretrial Scheduling Order that would affect the dispositive motion deadline or the trial date.

JUL 2 2 2002
FILED ____________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

NOW, THEREFORE, good cause having been shown, the parties stipulate as follows:

1. Four D's response to the Wisconsin action shall be in the form of a reply to counterclaims;

2. Dutchland shall be permitted to join Lakeside Plastics as a third party defendant, and such joinder shall occur within 20 days after Four D serves its reply to the Wisconsin action;

3. Disclosure of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be make as follows:

August 12, 2002—By plaintiff

September 5, 2002—By defendant

Dated: June 24, 2002

LINDQUIST & VENNUM P.L.L.P.

By: ______________________
Eric J. Nystrom, #19489X
Christopher H. Yetka, #241866

4200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 371-3211

Attorneys for Plaintiff
Four D, Incorporated

Dated: June 27, 2002

ROHDE/DALES L.L.P.

By: ______________________
William P. Te Winkle (*Pro Hac Vice*)

Firstar Plaza
607 North 8th Street, 7th Floor
Sheboygan, Wisconsin 53081-4556
(920) 458-5501

LOCAL MINNESOTA COUNSEL:

PARSINEN KAPLAN ROSBERG
& GOTLIEB P.A.
David A. Orenstein, #121447
Kevin R. Coan, #29357X

100 South Fifth Street, Suite 1100
Minneapolis, Minnesota 55402
(612) 333-2111

Attorneys for Defendant
Dutchland Plastics Corporation

SO ORDERED.

Dated: 7/2, 2002

BY THE COURT:

Arthur J. Boylan
United States Magistrate Judge

#1565305/v1