UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

FOUR D, INCORPORATED,

Plaintiff,

v.

DUTCHLAND PLASTICS CORPORATION,

Defendant.

Civil No. 01-2073 RHK/AJB

ORDER

---

The above matter came on for a hearing before the undersigned on the 26th day of August 2002. Eric J. Nystrom, Esq. of Lindquist & Vennum, Minneapolis, Minnesota, appeared by telephone on behalf of Plaintiff. William P. Te Winkle, Esq. of Rohde Dales, Sheboygan, Wisconsin, appeared by telephone on behalf of Defendant.

The Court having considered the arguments of the attorneys in reference to timing of depositions of experts hereby makes the following order:

1. Plaintiffs shall immediately serve upon the Defendant a final expert report together with copies of any documents that may be referenced in said report.

2. The defense expert shall serve its final report on Plaintiff no later than 4:30 p.m. on Tuesday, September 10, 2002.

Filed AUG 26 2002
Richard Sletten, Clerk
Judgment Entered ____
Deputy Clerk's Initials ____

3. Depositions of the experts shall be conducted following completion of the service of expert reports as set forth above.

Dated: 8/26/02

ARTHUR J. BOYLAN
United States Magistrate Judge