UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

FOUR D, INCORPORATED, Civil No. 01-2073 RHK/AJB

Plaintiff,

v. ORDER

DUTCHLAND PLASTICS CORPORATION,

Defendant,

v.

LAKESIDE PLASTICS, INC.,

Third-Party Defendant.

---

Whereas the Court is advised that good cause exists for amendment of the pretrial scheduling order in this matter. Now therefore, the following schedule shall govern these proceedings:

1. Discovery shall be commenced in time to be completed by January 1, 2003.

2. Deadline for Third-Party Defendant to identify its expert is January 1, 2003.

3. Deadline for Third-Party Defendant to serve its expert Report is February 1, 2003.

4. Deadline for service of any rebuttal to Third-Party Defendant's expert is February 15, 2003.

5. Dispositive motions shall be served, filed and heard on or before March 1, 2003.

SEP 1 9 2002
Filed ______________
Richard Sletten, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________

6. This case shall be considered ready for trial on or after May 1, 2003.

7. Third-Party Defendant shall be entitled to call 1 expert. Plaintiff and Defendant are limited as previously ordered to not more than 3 experts each, including experts used to rebut Third-Party Defendant's expert.

Dated: September 19, 2002

ARTHUR J. BOYLAN
United States Magistrate Judge