UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

FOUR D, INCORPORATED,

Plaintiff,

v.

DUTCHLAND PLASTICS CORPORATION,

Defendant,

v.

LAKESIDE PLASTICS, INC.,

Third-Party Defendant.

Civil No. 01-2073 RHK/AJB

ORDER

---

Whereas the Court has received a request to clarify the deadline for filing non-dispositive motions, it is hereby ordered that all non-dispositive motions shall be filed by January 5, 2003.

Dated: 9/26/02

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed SEP 26 2002
Richard Sletten, Clerk
Judgment Entered __________
Deputy Clerk's Initials __________