# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Four D, Incorporated,

Case No. 01-CV-2073 RHK/AJB

Plaintiff,

v.

Dutchland Plastics Corporation,

Defendant/Third-Party Plaintiff,

v.

Lakeside Plastics, Inc.,

Third-Party Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF THIRD-PARTY COMPLAINT AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the defendant and third-party plaintiff, Dutchland Plastics Corporation, and the third-party defendant, Lakeside Plastics, Inc., through their undersigned attorneys, that the Third-Party Complaint shall be dismissed with prejudice and on its merits but without further costs to any of the parties.

IT IS FURTHER STIPULATED AND AGREED that either party to this Stipulation, without notice to the other, may file this Stipulation with the court requesting entry of judgment of dismissal with prejudice of the Third-Party Complaint, but without costs to either party.

NOV 14 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD NOV 14 2002
DEPUTY CLERK

Dated: 11/08/2002

David A. Orenstein (#121447)
Kevin R. Coan (#29357X)
**Parsinen Kaplan Rosberg & Gotlieb, P.A.**
100 South Fifth Street, Suite 100
Minneapolis, MN 55402
Telephone: (612) 333-2111

And

William P. Te Winkle (#01013259)
**ROHDE DALES, LLP**
607 North 8th Street, 7th Floor
Sheboygan, WI 53081
Telephone: (920) 458-5501

**Attorneys for Third-Party Plaintiff Dutchland Plastics Corporation**

Dated: 11-13-02

James F. Roegge (#92678)
**MEAGHER & GEER, P.L.L.P.**
Suite 4200
33 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-0661

**Attorneys for Third-Party Defendant Lakeside Plastics, Inc.**

**ORDER**

Pursuant to the stipulation of the parties, it is hereby **ORDERED** that the Third-Party Complaint of Third-Party Plaintiff Dutchland Plastics Corporation against Third-Party Defendant Lakeside Plastics, Inc. shall be dismissed with prejudice and on its merits but without costs to either party and that judgment of dismissal with prejudice of the Third-Party Complaint may be entered forthwith.

Dated: November 14, 2002

RICHARD H. KYLE
United States District Judge