UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**Four D, Incorporated,**

**Plaintiff,** **Court File No. 01-CV-2073 RHK/AJB**

**vs.**

**Dutchland Plastics Corporation,**

**Defendant.**

---

## STIPULATION AND ORDER ALLOWING SUPPPLEMENTAL COUNTERCLAIM

---

**WHEREAS**, Defendant Dutchland Plastics Corporation ("Dutchland") has made a Motion to Interpose a Supplemental Counterclaim in the form attached hereto (the "Supplemental Counterclaim"); and

**WHEREAS**, Plaintiff Four D, Incorporated ("Four D") is willing to consent to the service and filing of Dutchland's proposed Supplemental Counterclaim;

**NOW THEREFORE**, the parties hereby agree and stipulate to the entry of an Order, as set forth below, authorizing Dutchland to file and serve the Supplemental Counterclaim.

**LINDQUIST & VENNUM, P.L.L.P**

Dated: 12/3/02 By: [signature]
Eric J. Nystrom (No. 19389X)
Christopher H. Yetka (No. 241866)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 371-3211
Attorneys for Four D, Incorporated

FILED DEC 0 6 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

346333v1

Dated: 11/27/02

**PARSINEN KAPLAN ROSBERG & GOTLIEB P.A.**

By: ______________________

David A. Orenstein (No. 121447)
Kevin R. Coan (No. 29357X)
100 South Fifth Street, Suite 1100
Minneapolis, MN 55402
612/333-2111

**ROHDE/DALES L.L.P.**

William P. Te Winkle
David O. Gass
Firstar Plaza
607 North 8th Street, 7th Floor
Sheboygan, WI 53081-4556
(920) 458-5501
Co-counsel for Dutchland Plastics Corporation

## ORDER

Upon the basis of the above Stipulation, it is hereby **ORDERED** that:

1. Defendant Dutchland Plastics Corporation may serve and file its Supplemental Counterclaim, in the form attached hereto;

2. The Supplemental Counterclaim shall be deemed served and filed as of the date of this Order without any further action by Defendant; and

3. The time period for Plaintiff to reply to the Supplemental Counterclaim shall be calculated from the date of this Order.

Dated: 12/6/02

**BY THE COURT:**

______________________
Arthur J. Boylan
United States Magistrate Judge

346333v1