UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FOUR D, INCORPORATED,

Plaintiff,

v.

DUTCHLAND PLASTICS CORPORATION,

Defendant.

Civil No. 01-2073 RHK/AJB

ORDER

---

WHEREAS, the parties have filed a stipulation and proposed order extending the dispositive motion deadline, and

WHEREAS, the Court has considered the same and hereby grants the motion in part and denies it in part,

IT IS HEREBY ORDERED THAT the request extending the dispositive motion deadline is granted, but not to the dates suggested by the parties. The dates are as set forth below:

1. Four D, Incorporated shall served its opposition to Dutchland Plastics Corporation's Motion for Partial Summary Judgment on or before February 26, 2003.

2. Dutchland Plastics Corporation shall serve its reply on or before March 5, 2003.

3. A hearing will be held on the Motion before the Honorable Richard H.

Filed FEB 0 6 2003
Richard Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

Kyle on March 12, 2003.

4. The parties are Ordered to contact Deb Siebrecht, Judge Kyle's Calendar Clerk, to learn the exact time that the Court will hear the Motion on March 12 and the time available for the same.

Dated: 2/5/03

ARTHUR J. BOYLAN
United States Magistrate Judge