UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Four D, Incorporated,

Plaintiff,

v.

Dutchland Plastics Corporation,

Defendant.

Civil No. 01-CV-2073 RHK/AJB

ORDER CERTIFYING APRIL 8, 2003 MEMORANDUM OPINION AND ORDER AS FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)

Pursuant to the parties' Joint Motion to Certify April 8, 2002 Memorandum Opinion and Order Pursuant to Fed. R. Civ. P. 54(b), it is ordered as follows:

The court finds that there is no just reason for delay and directs the entry of final judgment consistent with its April 8, 2003 Memorandum Opinion and Order dismissing Four D's claims for lost profits and out-of-pocket costs for additional molds with prejudice and awarding Dutchland damages in the amount of $669,281.32 for unpaid invoices unrelated to the Shop-Along II with costs. The court also stays any further proceedings in this court pending the resolution of the parties' appeal by the United States Court of Appeals for the Eighth Circuit. This stay does not apply to the rights of Dutchland to execute upon the judgment.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 8, 2003

BY THE COURT

Richard H. Kyle
Judge, United States District Court

1759876v1

MAY 08 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAY 08 2003
DEPUTY CLERK