UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Four D, Incorporated,

Plaintiff,

v.

Dutchland Plastics Corporation,

Defendant.

---

Civil No. 01-CV-2073 RHK/AJB

ORDER PERMITTING FILING OF DOCUMENTS UNDER SEAL

Plaintiff's counsel is concurrently filing a motion to withdraw as counsel for Four D, Incorporated in this action. In order to protect the confidences and secrets of Four D as required by Minnesota Rule of Professional Conduct 1.6, plaintiff's counsel shall file the Affidavit of Eric J. Nystrom in Support of Motion to Withdraw as Counsel and the Memorandum of Law in Support of Motion to Withdraw as Counsel under seal, and plaintiff's counsel is excused from any requirement to serve these documents on defendant Dutchland Plastics Corporation's counsel of record.

SO ORDERED.

Dated: June 2, 2003

BY THE COURT:

Arthur J. Boylan
United States Magistrate Judge

#1770485/v1

JUN 0 2 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK