UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Four D, Incorporated,

Plaintiff,

v.

Dutchland Plastics Corporation,

Defendant.

---

Civil No. 01-CV-2073 RHK/AJB

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This matter came before the Court on June 16, 2003, on the motion of plaintiff's counsel to withdraw as counsel in this action. The appearances of counsel were as noted on the record. Based on the submissions and arguments of counsel, the motion of Eric J. Nystrom, Christopher H. Yetka and the law firm of Lindquist & Vennum P.L.L.P. to withdraw as counsel to plaintiff Four D, Incorporated in this action is granted.

All further notices to plaintiff shall be served directly on Four D, Incorporated at the following address:

Four D, Incorporated
Attention: Mary J. Reiland, President
3200 County Road 42 West
Burnsville, Minnesota 55337

SO ORDERED.

Dated: June 17, 2003

BY THE COURT:

Arthur J. Boylan
United States Magistrate Judge

#1770473/v1

JUN 17 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK