**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Four D Incorporated,

Plaintiff,

Civil No. 01-2073 (RHK/AJB)

vs.

**ORDER**

Dutchland Plastics Corporation,

Defendant.

---

On May 8, 2003, the Court stayed further proceedings in this matter to allow Plaintiff to appeal the damages award to Defendant to the Eighth Circuit Court of Appeals. No appeal was taken and no activity appears on the docket sheet since June 17, 2003.

Based on the foregoing, **IT IS ORDERED** that the parties shall show cause in writing, on or before June 24, 2004, why this matter should be not dismissed.

Dated: June 3, 2004

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge