**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Four D Incorporated,

Plaintiff,

Civil No. 01-2073 (RHK/AJB)

vs.

**ORDER**

Dutchland Plastics Corporation,

Defendant.

---

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, by Order dated May 8, 2003, entitled Order Certifying April 8, 2003 Memorandum Opinion and Order As Final Judgment Pursuant to Fed. R. Civ. P. 54(b), this Court having certified its April 8, 2003 Memorandum Opinion and Order as a final judgment, and there being no activity in this lawsuit since that time, Plaintiff being unrepresented herein and Defendant wishing to dismiss its remaining, unadjudicated claim, consisting of a claim for damages totaling $128,000, without prejudice,

**IT IS HEREBY ORDERED** that the remaining, unadjudicated claim of Defendant for damages in the amount of $128,000 shall be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that all remaining, unadjudicated claims of Plaintiff shall be and hereby are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that nothing in this Order shall affect the entry of final judgment in this matter, on May 13, 2003, in the amount of $669,281.32 in favor of Defendant Dutchland Plastics Corporation pursuant to this Court's May 8 Order Certifying April 8, 2003 Memorandum Opinion and Order As Final Judgment Pursuant to Fed. R. Civ. P. 54(b).

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: July 23, 2004

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge